IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CEASAR R. BANKS,

          Plaintiff,

                                                    ORDER

    v.

                                                  09-cv-98-bbc

CAPTAIN KARTMAN,
LIEUTENANT R. SKIME,
K. SOLOMON, CAPTAIN HASELBERG
and C. MORRISON,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Ceasar Banks is proceeding on his claims that defendants violated his rights to due process and equal protection under the Fourteenth Amendment by denying him a fair disciplinary hearing following a fight with another inmate and placing him in segregation at a supermaximum security institution and then at a maximum security institution. Now plaintiff has filed a motion for an extension of his legal loan limit, stating that he needs an extension of his legal loan because he is currently proceeding in three separate lawsuits. I will deny this motion.

1

Under Wis. Admin. Code § DOC 309.51, an inmate's "loan limit may be exceeded with the superintendent's approval if the inmate demonstrates an extraordinary need, such as a court order requiring submission of specified documents." Whether plaintiff can convince prison officials to find extraordinary circumstances warranting an extension of this legal loan limit is not a matter in which this court will interfere. In <u>Lindell v. McCallum</u>, 352 F.3d 1107, 1111 (7th Cir. 2003), the Court of Appeals for the Seventh Circuit held that the district courts in Wisconsin are under no obligation to order the state of Wisconsin to lend prisoners more money or paper than they are authorized to receive under § DOC 309.51. Therefore, plaintiff's motion for an extension of his legal loan limit will be denied. No matter how many cases plaintiff is litigating, he must, like any other person on a tight budget, make careful choices about how he uses his legal loan resources.

ORDER

IT IS ORDERED that plaintiff's motion for an extension of his legal loan limit, dkt. #96, is DENIED.

Entered this 29th day of July, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2