IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CEASAR R. BANKS,

                  Plaintiff,

v.

CAPTAIN KARTMAN,
LIEUTENANT R. SKIME,
K. SOLOMON, CAPTAIN HASELBERG
and JANE DOE,

                  Defendants.

ORDER

09-cv-98-bbc

---

     Plaintiff Cesar R. Banks is proceeding on his Fourteenth Amendment procedural due process and equal protection claims against defendants. Defendants moved to compel plaintiff to sign an authorization for release of medical information. Plaintiff has responded that he has not received a copy of this motion. Enclosed with this order is a copy of defendants' motion and accompanying affidavit. Plaintiff may have until October 9, 2009 to respond to the motion.

ORDER

     IT IS ORDERED that plaintiff may have until October 9, 2009 to respond to defendants' motion to compel him to sign an authorization for release of medical information.

     Entered this 25th day of September, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge