Case: 3:09-cv-00098-bbc   Document #: 157   Filed: 03/17/10   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CEASAR R. BANKS,

    Plaintiff,

v.

CAPTAIN KARTMAN,
LIEUTENANT R. SKIME,
K. SOLOMON, CAPTAIN HESSELBERG
and C. MORRISON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-98-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____
Peter Oppeneer, Clerk of Court

3/17/10
Date